ROBERT T. REISS, Appellant, *v.* ARABIAN AMERICAN OIL COMPANY, Respondent.

Argued January 9, 1953; decided January 21, 1953.

*Samuel Cooperman* and *Albert Weiss* for appellant.

*Louis F. Huttenlocher* and *Thomas F. Barry* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.